IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.T., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:19-cv-00213 |
| ) | |
| SUMNER COUNTY SCHOOLS, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. ) | |

# ORDER

Pending before the Court is a Motion to Dismiss (Doc. No. 13), filed by Defendant Sumner County Schools. Plaintiffs filed a response (Doc. No. 16) to the Motion, and Defendant filed a reply (Doc. No. 17). For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss (Doc. No. 13) is **GRANTED**, and this action is **DISMISSED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE