# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

D.T., et al.

                       Plaintiff,

v.                                                    Case No.: 3:19−cv−00213

Sumner County Schools

                       Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/3/2019 re [21].

                                                                  Kirk L. Davies
                                                   s/ Alia D. Morgan, Deputy Clerk